IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOCAL 682 HEALTH AND WELFARE TRUST FUND, an employee benefit plan, and ROBERT B. VINING, JR., ROBERT KINTZ, FRED KERN, GARY COSSARINI, LaNITA MILLER, and ROBIN NORRIS, Trustees of Local 682 Health and Welfare Trust Fund,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY TRUCKING & EXCAVATING, INC.,<br><br>Defendant., | Cause No.:   4:10-cv-00876 HEA |

## ORDER OF DEFAULT

This matter comes to the Court after due to notice to the Defendants. Defendants remain in default. Based upon evidence presented by Plaintiffs, the Court enters Judgment against Defendants as follows:

In favor of Plaintiffs, Local 682 Health and Welfare Trust Fund, an employee benefit plan and its Trustees, in the amount of One Hundred Six Thousand One Hundred Sixty-Three Dollars and Sixty Cents ($106,163.60) for contributions due, Seven Thousand Six Hundred Ninety-Six Dollars and Eighty-Six Cents ($7,696.86) for interest, Seven Thousand Six Hundred Ninety-Six Dollars and Eighty-Six Cents ($7,696.86) for interest in lieu of liquidated damages pursuant to 29 U.S.C. § 1132 (g) (2), for a total of One Hundred Twenty-One Thousand Five Hundred Fifty-Seven Dollars and Thirty-Two Cents ($121,557.32).

The Court further finds in favor of Plaintiffs for attorneys fees in the amount of One Thousand Two Hundred Sixty-Nine Dollars ($1,269.00) and for costs in the amount of Five

Hundred Eighteen Dollars and Thirteen Cents ($518.13) for a Total of One Thousand Nine Hundred Fifty-One Dollars and Sixty-Three Cents ($1,951.63) based on the accompanying affidavits and pursuant to 29 U.S.C. § 1132 (g) (2).

| | |
|---|---|
| Contributions | $106,163.60 |
| Interest | $7,696.86 |
| Interest in lieu of liquidated damages | $7,696.86 |
| Attorney's fees | $1,269.00 |
| Costs | $518.83 |
| **TOTAL** | **$123,344.45** |

This Judgment is made and entered this _30th_ day of _August_, 2010.

_[signature]_
United States District Judge