UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 682 HEALTH & WELFARE TRUST FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:10CV876  HEA ) |
| HENRY TRUCKING & EXCAVATING, INC., | ) ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the parties in this matter are to jointly file with the Court a status report regarding this matter by Friday, January 13, 2012.

Dated this 5th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE